No. 3943.—Suau Hermanos, aplte., *v.* Fidel Gerena, defensor de la menor María Eladia González y Bartolo Suau, demandados y apelada la primera.—C. D. Aguadilla. Tercería de bienes muebles. Jun. 21, 1926.

Por cuanto la parte demandada y apelada como único fundamento de su moción sobre desestimación alega (*a*) que han transcurrido más de treinta días desde la apelación de este caso, o sea, desde el 30 de abril de 1926, sin que la parte

demandante haya radicado ante este tribunal la certificación de los documentos que constituyen los autos de apelación, y (b) que habiendo sido la sentencia de este caso dictada en virtud de una estipulación de las partes por sometimiento de cuestiones de hecho y de derecho, la única documentación que se puede elevar a este tribunal es una certificación de la demanda, alegaciones del demandado, sentencia y escrito de apelación, y esa documentación no ha sido elevada a este tribunal en el término de treinta días siguientes a la interposición del recurso de apelación, ni se ha solicitado prórroga a este tribunal;

POR CUANTO la demandante fué notificada de dicha moción el día 3 de junio de 1926 por la vía de comunicación diaria de correos que existe entre Aguadilla y Lares;

POR CUANTO el legajo de la sentencia comprensivo de la documentación indicada en la moción sobre desestimación pero sin haberse incluído la exposición del caso y certificado por el secretario de la corte de distrito con fecha 4 de junio, fué debidamente radicado en la secretaría de este tribunal el día 5 de junio simultáneamente con la "Moción sobre desestimación;"

POR CUANTO se acompaña a la moción sobre desestimación como parte de la misma una certificación defectuosa e incompleta sin la debida notificación a la parte contraria.

POR CUANTO de los datos suministrados por los demandantes y apelantes en oposición a la moción sobre desestimación y en apoyo de una moción sobre prórroga y permiso para presentar una exposición del caso, se desprende que la corte inferior al dictar su sentencia apelada se fundó no sólo en la estipulación de las partes sino también en la prueba testifical practicada en la vista del caso; que la referida "Exposición del caso" fué debidamente presentada en la corte inferior y señalado el día 17 de mayo para la vista y discusión de dicha "Exposición" la parte demandada solicitó y obtuvo la suspensión de dicha vista fundada

en la ausencia de la isla de uno de los abogados de la parte apelada, siendo dicho abogado el que había asistido al juicio; y que tal ''Exposición del caso'' aún está pendiente de la aprobación del juez sentenciador en el tribunal inferior.

Por tanto, se declara sin lugar la moción sobre desestimación y con lugar la moción solicitando permiso para agregar a los autos la ''Exposición del caso'' una vez aprobada por el juez de distrito y se concede a los apelantes para tal fin y para presentar su alegato, una prórroga de treinta días a contar desde el día 21 de junio de 1926.''